AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00094 |
| JON RYAN SCHAFFER | ) | Assigned To : Faruqui, Zia M. |
| | ) | Assign. Date : 1/16/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1), (b)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 U.S.C. 1752(a)(2), (b)(1) | Disrupting the Orderly Conduct of Government Business |
| 18 U.S.C. 1752(a)(4), (b)(1) | Knowingly Engages in an Act of Physical Violence Against any Person or Property in any Restricted Building or Grounds |
| 40 U.S.C. 5104(e)(2)(A) | Violent Entry and Disorderly Conduct in a Capitol Building |
| 40 U.S.C. 5104(e)(2)(F) | Engage in an Act of Physical Violence in a Capitol Building |
| 40 U.S.C. 5104(e)(2)(G) | Parade, Demonstrate, or Picket in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_Elizabeth J. Ward_
Complainant's signature

Elizabeth J. Ward, Special Agent FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __01/16/2021__

2021.01.16
14:19:22 -05'00'
Judge's signature

City and state: __Washington, D.C.__

Zia M. Faruqui  U.S. Magistrate Judge
Printed name and title