# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| JON RYAN SCHAFFER | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JON RYAN SCHAFFER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. 1752 (a)(2)- Disrupting the Orderly Conduct of Government Business
18 U.S.C. 1752(a)(4)- Knowingly Engages in an Act of Physical Violence in any Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D)- Violent Entry and Disorderly Conduct in a Capitol Building
40 U.S.C. 5104(e)(2)(F)- Engage in an Act of Physical Violence in a Capitol Building
40 U.S.C. 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 01/16/2021

*Issuing officer's signature*  2021.01.16 14:17:30 -05'00'

City and state: Washington, DC

Zia M. Faruqui U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 01/16/2021, and the person was arrested on *(date)* 01/17/2021
at *(city and state)* Noblesville, INDIANA.

Date: 01/19/2021

*Arresting officer's signature*

JONATHAN H. KATH   SPECIAL AGENT
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:21-mj-0049 |
| | ) | |
| JON RYAN SCHAFFER, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JANUARY 19, 2021**
**HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared for a Rule 5(c)(3) hearing on the Complaint filed on January 16, 2021 out of the United States District Court for the District of Columbia (1:21-mj-0094). Defendant appeared in person and by retained counsel Scott DeVries. Government represented by AUSA Matthew Rinka. USPO represented by Alison Upchurch.

Defendant orally waived his right to physically appear for his initial appearance in the courtroom and consented to appear via video teleconference from the Marion County Jail.

Charges, rights, and penalties were reviewed and explained. Defendant waived reading of the Complaint.

Defendant waived his right to an identity hearing, presentation of the warrant, and a preliminary hearing.

Government moved for pretrial detention of the defendant and a hearing was scheduled. Detention hearing set for **January 22, 2021 at 2:00 p.m. via video teleconference** before the criminal duty magistrate judge.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both

the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

    Defendant remanded to the custody of the U.S. Marshal pending further proceedings before the court.

Dated:   19 JAN 2021

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  1:21-mj-0049 |
| | ) | |
| JON RYAN SCHAFFER | ) | Charging District's Case No.  1:21-mj-0094 |
| Defendant | ) | |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Columbia,

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   1/19/2021

*Defendant's signature*

*Signature of defendant's attorney*

Scott Devries
*Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CAUSE NO. 1:21-mj-0049 |
| | ) Charging District's Case number 1:21-mj-0094 |
| JON RYAN SCHAFFER, | ) |
| | ) |
| Defendant. | ) |

**WAIVER OF RULE 5 AND 5.1 DETENTION HEARING**

Comes now the Defendant JON RYAN SCHAFFER, by counsel Scott DeVries, and pursuant to Federal Rules of Criminal Procedure 5 and 5.1, hereby waives his right to a detention hearing in this jurisdiction, and reserves the right to request a detention hearing in the prosecuting district at a time set by that Court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Dated: 1-22-21

_____
JON RYAN SCHAFFER, Defendant

Respectfully submitted:

/s/ Scott A. DeVries
Scott A. DeVries, Attorney #19077-49

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served to the United States Attorney for the Southern District of Indiana, and all attorneys of record for this cause, by electronic means on January 22, 2021.

/s Scott A. DeVries
Scott A. DeVries

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

The detention hearing scheduled on January 22, 2021 is **VACATED**. Defendant shall be entitled to a hearing on the issue of pretrial detention upon his arrival in the District Court for the District of Colombia.
Dated: 22 JAN 2021

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   1:21-mj-0049 |
| | ) | |
| JON RYAN SCHAFFER | ) | Charging District's |
| *Defendant* | ) | Case No.   1:21-mj-0094 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District Court for the District of Columbia, *(if applicable)* _____ division.  The defendant may need an interpreter for this language: _____.

The defendant:  ☒ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   01/22/2021

*Judge's signature*

Mark J. Dinsmore, U.S. Magistrate Judge
*Printed name and title*

# U.S. District Court
## Southern District of Indiana (Indianapolis)
### CRIMINAL DOCKET FOR CASE #: 1:21-mj-00049-MJD All Defendants

| | |
|---|---|
| Case title: USA v. SCHAFFER | Date Filed: 01/19/2021 |
| Other court case number: 1:21-MJ-94 USDC FOR THE DISTRICT OF COLUMBIA | |

Assigned to: Magistrate Judge Mark J. Dinsmore

**Defendant (1)**

| | | |
|---|---|---|
| JON RYAN SCHAFFER | represented by | **Scott Allen DeVries**<br>DEVRIES LAW OFFICE<br>1512 N. Delaware Street<br>Indianapolis, IN 46202<br>(317) 752-7563<br>Fax: (317) 472-0640<br>Email: sdevries@devries-law.com<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| WARRANT OUT OF THE DISTRICT OF COLUMBIA | |

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2021 | 1 | MINUTE ORDER for proceedings held before Magistrate Judge Mark J. Dinsmore: Initial |

| | | |
|---|---|---|
| | | Appearance in Rule 5(c)(3) Proceedings as to JON RYAN SCHAFFER (1) held on 1/19/2021. Defendant JON RYAN SCHAFFER (1) appears in person and by retained counsel Scott DeVries. Appearance for the USA by AUSA Matthew Rinka. USPO represented by Alison Upchurch. Defendant is remanded to custody of USM. Detention Hearing set for 1/22/2021 at 2:00 PM Video Teleconference before Criminal Duty Magistrate Judge. Defendant orally waived his right to physically appear for his initial appearance in the courtroom and consented to appear via video teleconference from the Marion County Jail. Charges, rights, and penalties were reviewed and explained. Defendant waived reading of the Complaint. Defendant waived his right to an identity hearing, presentation of the warrant, and a preliminary hearing. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under Brady need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. Signed by Magistrate Judge Mark J. Dinsmore. Electronic Notice to USPO.(CBU) (Entered: 01/20/2021) |
| 01/19/2021 | 2 | WAIVER of Rule 5(c)(3) Hearing by JON RYAN SCHAFFER (1) (CBU) (Entered: 01/20/2021) |
| 01/20/2021 | 3 | NOTICE OF ATTORNEY APPEARANCE: Scott Allen DeVries appearing for JON RYAN SCHAFFER (1) (Retained). (DeVries, Scott) (Entered: 01/20/2021) |
| 01/21/2021 | 5 | TEXT ONLY ENTRY CLERK'S NOTICE - The public may listen to the hearing as to JON RYAN SCHAFFER (1) scheduled for 1/22/2021 at 2:00 p.m. by calling 1.408.419.1715. Participants will be required to enter Meeting ID 199 496 333 and Passcode 3636 before being connected to the hearing. All participants granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (There is no pdf document associated with this entry.) (BAS) (Entered: 01/21/2021) |
| 01/22/2021 | 6 | ENTRY-marginal-Waiver of detention hearing scheduled for 1/22/2021 is VACATED as to JON RYAN SCHAFFER (1). Defendant shall be entitled to a hearing on the issue of pretrial detention upon his arrival in the District Court for the District of Columbia. Signed by Magistrate Judge Mark J. Dinsmore on 1/22/2021. Electronic Notice to USPO.(CBU) (Entered: 01/25/2021) |
| 01/22/2021 | 7 | COMMITMENT TO ANOTHER DISTRICT as to JON RYAN SCHAFFER (1). Defendant committed to District of Columbia. Signed by Magistrate Judge Mark J. Dinsmore on 1/22/2021. Electronic Notice to USM-C.(CBU) (Entered: 01/25/2021) |
| 01/25/2021 | | Notice of a Rule 5 Initial Appearance as to JON RYAN SCHAFFER (1). Transferee court case number is: 1:21-mj-94. Using a PACER account, the docket sheet and any documents may be received via the case number link. No documents/record will be sent to the receiving district court.<br><br>If the receiving district court requires certified copies of any documents please send that request to InterdistrictTransfer_INSD@insd.uscourts.gov. (CBU) (Entered: 01/25/2021) |

Case #: 1:21-mj-00049-MJD-All

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 02/18/2021 11:16:54 | | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-mj-00049-MJD |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**