**Law Offices of Daniel M. Gray, LLC**
7617 Virginia Avenue
Falls Church, VA 22043
Phone: (703) 204-0164
Fax: (703) 204-1449
**Daniel M. Gray - D.C. Bar TX 0018**
graydm2@verizon.net

**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 South Price Road
Chandler, Arizona 85248
Phone: (480) 755-7110
Fax (480) 857-0150
**Marc J. Victor – Arizona Bar #016064**
marc@attorneysforfreedom.com
**Andrew C. Marcantel - Arizona Bar #031809**
andy@attorneysforfreedom.com
Attorneys for Defendant Jon Ryan Schaffer

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | CR1:21 mj-94 ZMF |
| Plaintiff, | ) | |
| vs. | ) | |
| Jon Ryan Schaffer, | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Marc J. Victor and Andrew C. Marcantel move this Court, pursuant to Local Rule 44.1(d), to appear pro hace vice in this case. Local counsel, Daniel M. Gray, a member of the Bar of this Court sponsors the admission of Mr. Victor and Mr. Marcantel.

The declarations and Certificates of Good Standing in the United States District Court, District of Arizona are submitted with this Motion.

RESPECTFULLY SUBMITTED March 16, 2021.

ATTORNEYS FOR FREEDOM LAW FIRM

*/s/ Marc J. Victor* _____
Marc J. Victor
Attorney for Defendant

*/s/ Andrew C. Marcantel* _____
Andrew C. Marcantel
Attorney for Defendant

*/s/ Daniel M. Gray* _____
Daniel M. Gray
Attorney for Defendant
Sponsoring Attorney

CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

James B. Nelson
Assistant U.S. Attorney

By: */s/ Madalyn Schlegel*