# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CRIMINAL NO. 21-mj-94 (ZMF) |
| v. | : | |
| **JON SCHAFFER,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Special Assistant United States Attorney Louis Manzo is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:_____/s/_____
Louis Manzo
Special Assistant United States Attorney
Mass Bar No. 688337
Louis Manzo
1400 New York Ave
Washington, D.C. 20530
202-262-6570
Louis.manzo@usdoj.gov