AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| JON RYAN SCHAFFER | ) Case No. |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JON RYAN SCHAFFER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. 1752 (a)(2)- Disrupting the Orderly Conduct of Government Business
18 U.S.C. 1752(a)(4)- Knowingly Engages in an Act of Physical Violence in any Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D)- Violent Entry and Disorderly Conduct in a Capitol Building
40 U.S.C. 5104(e)(2)(F)- Engage in an Act of Physical Violence in a Capitol Building
40 U.S.C. 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 01/16/2021

2021.01.16 14:17:30 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

Zia M. Faruqui U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/16/2021, and the person was arrested on *(date)* 01/17/2021
at *(city and state)* Noblesville, INDIANA.

Date: 01/19/2021

*Arresting officer's signature*

JONATHAN H. KATH    SPECIAL AGENT
*Printed name and title*