**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 S. Price Road
Chandler, Arizona 85248
Phone (480) 755-7110
Fax (480) 857-0150
**Marc J. Victor – SBN 016064**
Marc@AttorneysForFreedom.com
*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | Case No. 1:21-mj-00094-ZMF-1 |
| Plaintiff, | |
| vs. | APPEARANCE OF COUNSEL |
| Jon Ryan Schaffer, | |
| Defendant. | |

To:   The clerk of court and all parties of record

The Attorneys for Freedom Law Firm, by Marc J. Victor, are admitted or otherwise authorized to practice in this Court and appear in this case as counsel for Jon Ryan Schaffer.

Date: March 26, 2021        */s/ Marc J. Victor, Esq.*
                            **Signature**

                            Marc J. Victor, Esq.        16064
                            **Print Name**              **AZ Bar Number**

                            3185 South Price Road
                            **Address**

                            Chandler, Arizona           85248
                            **City/State**              **Zip Code**

                            (480) 755-7110  Marc@AttorneysForFreedom.com
                            **Phone**                   **Email Address**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

Copy emailed same day to:
Ahmed Baset, Esq.
Assistant U.S. Attorney
ahmed.baset@usdoj.gov

Honorable Zia M. Faruqui
U.S. District Court Judge
Faruqui_Chambers@dcd.uscourts.gov

Date: March 26, 2021        */s/ Madalyn Schlegel*
                            **Signature**