# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JON SCHAFFER,**<br><br>**Defendant.** | Case No. 21-mj-94 (ZMF) |

## ORDER

Upon consideration of the parties' consent motion to continue the status hearing, it is hereby

**ORDERED** that the motion is **DENIED**. The case will be called for a status hearing on April 2, 2021, as scheduled, in order to address scheduling or continuing a preliminary hearing for Defendant before the Court.

**SO ORDERED.**

Date: April 2, 2021

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE